UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEHMAN BROTHERS BANK, FSB,

       Plaintiff,

                                            Case Number 08-12810
v.                                     Honorable Thomas L. Ludington

ASHLEY MANAGEMENT, LLC, *et al.*,

       Defendants.

_____ /

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO STRIKE, DIRECTING CLERK'S OFFICE TO STRIKE EXHIBIT, AND PERMITTING PLAINTIFF TO FILE REDACTED EXHIBIT

On February 16, 2009, Plaintiff filed a motion for summary judgment accompanied by exhibits. On February 17, 2009, Plaintiff moved ex parte to strike exhibit 4 because it contains information that requires redaction. Fed. R. Civ. P. 5.2. Plaintiff's motion also requests that the Court permit Plaintiff to file a redacted version. Upon review, the exhibit contains confidential information and the Court will grant the request.

Accordingly, it is **ORDERED** that Plaintiff's ex parte motion to strike [Dkt. # 16] is **GRANTED**. Exhibit # 4 to Plaintiff's motion for summary judgment [Dkt. # 15-6] is **STRICKEN**. The Clerk is **DIRECTED** to remove images of the exhibit from the Court's docket.

It is further **ORDERED** that Plaintiff may file a redacted version of the exhibit on or before **March 12, 2009**.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: March 3, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 3, 2009.

s/Tracy A. Jacobs

TRACY A. JACOBS
